UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY TYLER NAGY,

    Plaintiff,

v.

HUMBOLDT COUNTY CORRECTIONAL FACILITY,

    Defendant.

Case No. 24-cv-01057-JD

**ORDER RE DISMISSAL**

Plaintiff, a former detainee filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable. Dkt. No. 10. An attempt to send plaintiff mail at a different address to reach him also failed and the mail was returned as undeliverable. Dkt. No. 11. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 16, 2024

JAMES DONATO
United States District Judge